# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 17, 2025

## NO. 03-23-00433-CV

**The City of Dallas, Appellant**

**v.**

**Ken Paxton, Attorney General of Texas, Appellee**

## APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES THEOFANIS AND ELLIS
## VACATED AND REMANDED -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the final order signed by the district court on April 20, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court vacates the district court's final order granting the Attorney General's plea to the jurisdiction and remands this cause to the district court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.